| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____    Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  Maxtin Inc.

**2. All other names debtor used in the last 8 years**  dba MORRISON ARCHITECTURAL SIGN COMPANY

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 1 – 2 5 3 9 3 5 7

**4. Debtor's address**

Principal place of business:
**3108 Garden Brook Dr.**
Number    Street

**Dallas**    **TX**    **75234**
City         State    ZIP Code

**Dallas**
County

Mailing address, if different from principal place of business:
_____
Number    Street

P.O. Box _____

_____
City    State    ZIP Code

Location of principal assets, if different from principal place of business:

_____
Number    Street

_____
City    State    ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Maxtin Inc.**_____    Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.    *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY
       District _____ When _____ Case number _____
                                              MM / DD / YYYY
       District _____ When _____ Case number _____
                                              MM / DD / YYYY

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **Maxtin Inc.** _____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____
City                State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Maxtin Inc.**_____    Case number (if known)_____

| | | | | | |
|---|---|---|---|---|---|
| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| 15. | Estimated assets | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **03/28/2025**
    MM / DD / YYYY

    X **/s/ William Leon Kanizar**_____
    Signature of authorized representative of debtor

    **William Leon Kanizar**
    Printed name

    **President and Director**
    Title

18. **Signature of attorney**

    X **/s/ Howard Marc Spector**_____    Date **03/28/2025**
    Signature of attorney for debtor                        MM / DD / YYYY

    **Howard Marc Spector**
    Printed name

    **Spector & Cox, PLLC**
    Firm name

    **12770 Coit Rd**
    Number        Street

    **Suite 850**

    **Dallas**_____    **TX**_____    **75251**_____
    City                                State         ZIP Code

    **(214) 365-5377**_____    **hms7@cornell.edu**_____
    Contact phone                       Email address

    **00785023**_____              **TX**_____
    Bar number                           State

**Fill in this information to identify the case:**

Debtor name: **Maxtin Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Comerica Bank<br>1717 MAIN STREET<br>Dallas, TX 75201 | | SBA Loan | | $1,120,349.39 | $50,000.00 | $1,070,349.39 |
| 2 | US Small Business Administration<br>10737 GATEWAY WEST #300<br>El Paso, TX 79935 | | SBA EIDL Loan | | | | $500,000.00 |
| 3 | M2 Investments<br>PO Box 5131<br>Granbury, TX 76049 | | Seller's Note | | | | $400,000.00 |
| 4 | Complete Capital Services Inc<br>PO Box 790448<br>St Louis, MO 63179 | | MTC Elite 5x10 Machine Tool | | | | $77,094.11 |
| 5 | COMPLETE CAPITAL SERVICES, INC.<br>22811 GREATER MACK AVE.<br>Suite 203<br>SAINT CLAIR SHORES, | | Thermo Formed Machine and Boss Laser | | | | $49,271.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | **Maxtin Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | Great America Financial Services <br> PO Box 660831 <br> Dallas, TX 75266 | | Mutoh XpertJet 1462UF WF Printer | | | | $47,756.85 |
| 7 | Comerica Bank Master Card <br> Elan Financial Services <br> PO Box 790408 <br> St Louis MO, 63179 | | Credit card purchases | | | | $15,842.00 |
| 8 | Grimco Inc. <br> 11745 Sappington Barracks Drive <br> St Louis, MO 63127 | | Supplier | | | | $8,794.09 |
| 9 | Apex Commercial Capital <br> 1 Walnut Grove Drive <br> Suite 300 <br> Horsham, PA 19044 | | HP Latex 365 Printer | | | | $8,389.00 |
| 10 | R.S. Hughes Company, Inc. <br> PO BOX 647018 <br> Dallas, TX 75264 | | Supplier | | | | $4,339.30 |
| 11 | E&T Plastics Manufacturing Co., Inc. <br> 45-45 37th Street <br> Long Island City, NY 11101 | | Supplier | | | | $3,551.72 |
| 12 | Gyford Productions LLC <br> PO BOX 74126 <br> Cleveland, OH 44194 | | Supplier | | | | $3,072.65 |
| 13 | Reece Supply Company of Dallas, Inc. <br> PO BOX 170269 <br> Irving, TX 75017 | | Supplier | | | | $2,165.71 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Debtor **Maxtin Inc.** Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Air Repair Pros<br>1647 Witt Road<br>Suite 201<br>Frisco, TX 75034 | | Maintenance of Compressor | | | | $1,674.63 |
| 15 | Graphic Solutions Group, Inc.<br>P.O. Box 671261<br>Dallas, TX 75267 | | Supplier | | | | $1,417.69 |
| 16 | Uline<br>PO Box 88741<br>Chicago, IL 60680 | | Supplier | | | | $1,076.37 |
| 17 | Graybar Financial Services<br>PO Box 5066<br>Hartford, CT 6102 | | Phones | | | | $572.64 |
| 18 | Fellers<br>PO Box 875540<br>Kansas City, MO 64187 | | Supplier | | | | $439.32 |
| 19 | Rugby ABP<br>PO Box 842735<br>Dallas, TX 75284 | | Supplier | | | | $407.02 |
| 20 | McMasterCarr<br>PO Box 7690<br>Chicago, IL 60680 | | Supplier | | | | $400.74 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Maxtin Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known):

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- [ ] Amended Schedule _____
- [x] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/28/2025**          X **/s/ William Leon Kanizar**
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

**William Leon Kanizar**
Printed name

**President and Director**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Maxtin Inc.**                              CASE NO

                                                     CHAPTER  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/28/2025                    Signature  /s/ William Leon Kanizar
                                              *William Leon Kanizar*
                                              *President and Director*

Date _____        Signature _____

```
Air Repair Pros
1647 Witt Road
Suite 201
Frisco, TX 75034


Apex Commercial Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044


Asante Sign Group
144 Harrison St
Johnstown, NY 12095



Carrollton/Farmers Branch ISD
P.O. Box 110611
Carrollton, TX 75011-0611



City of Farmers Branch
500 Elm Street
Records Building
Dallas, TX 75202-3504


Comerica Bank
1717 MAIN STREET
Dallas, TX 75201



Comerica Bank Master Card
Elan Financial Services
PO Box 790408
St Louis MO, 63179


Complete Capital Services Inc
PO Box 790448
St Louis, MO 63179



COMPLETE CAPITAL SERVICES, INC.
22811 GREATER MACK AVE.
Suite 203
SAINT CLAIR SHORES, MI 48080
```

Dallas County
500 Elm Street
Records Building
Dallas, TX 75202-3504


E&T Plastics Manufacturing Co., Inc.
45-45 37th Street
Long Island City, NY 11101


FedEx
PO Box 660481
Dallas, TX 75266


Fellers
PO Box 875540
Kansas City, MO 64187


Graphic Solutions Group, Inc.
P.O. Box 671261
Dallas, TX 75267


Graybar Financial Services
PO Box 5066
Hartford, CT 6102


Great America Financial Services
PO Box 660831
Dallas, TX 75266


Grimco Inc.
11745 Sappington Barracks Drive
St Louis, MO 63127


Gyford Productions LLC
PO BOX 74126
Cleveland, OH 44194

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia, PA 19103


M2 Investments
PO Box 5131
Granbury, TX 76049


McMasterCarr
PO Box 7690
Chicago, IL 60680


MORRISON ARCHITECTURAL SIGN CO., INC.
9508 BELLECHASE ROAD
Granbury, TX 76049


MORRISON BRYAN L & JAMES
PO BOX 5131
Granbury, TX 76049


Navitas Credit Corp
201 Executive Center Drive, Ste 100
Columbia, SC 29210


R.S. Hughes Company, Inc.
PO BOX 647018
Dallas, TX 75264


Reece Supply Company of Dallas, Inc.
PO BOX 170269
Irving, TX 75017

Rugby ABP
PO Box 842735
Dallas, TX 75284


SASO
521 N. Great Southwest Pkwy
Arlington, TX 76011


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384


Uline
PO Box 88741
Chicago, IL 60680


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204


United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231


US Small Business Administration
10737 GATEWAY WEST #300
El Paso, TX 79935